THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Alfred W. LaSure,       
Petitioner,
 
 
 

v.

 
 
 
State of South Carolina,       
Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Edgefield County
Gary E. Clary, Trial Judge
G. Thomas Cooper, Jr., Post-Conviction 
 Judge

Memorandum Opinion No. 2004-MO-003
Submitted September 25, 2003  Filed 
 January 27, 2004

AFFIRMED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, for Petitioner.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John 
 W. McIntosh, Chief, Capital & Collateral Litigation Donald J. Zelenka, Assistant 
 Deputy Attorney General B. Allen Bullard, Jr., Assistant Attorney General Elizabeth 
 R. McMahon, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Petitioner asserts that the 
 post-conviction relief (PCR) judge erred in dismissing his application for PCR 
 because the victims name was not included in his indictment for committing 
 a lewd act upon a minor.  We AFFIRM the PCR judge pursuant to Rule 220, 
 SCACR, and the following authority:  Thompson v. State, Opinion No. 25775 
 (S.C. Sup. Ct. filed January 26, 2004) (Shearouse Adv. Sheet No. 4)(finding 
 that the failure to include the victims name in the indictment for criminal 
 conspiracy did not divest the trial court of subject matter jurisdiction) (citing 
 State v. McGill, 191 S.C. 1, 3, 3 S.E.2d 257, 259 (1939)).    
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.